### THE UNITED STATES DISRTICT COURT
### FOR THE DISTRICT OF MARYLAND

STARSHA M. SEWELL, M.Ed., ProSe     )

                                       )

Plaintiff,                      )

                                       ) Civil Action No:

                                       )

                                       )

WESTAT,                      )

                                       )

Defendant.                    )

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 JAN 14  PM 1:57

CLERKS OFFICE
AT GREENBELT

BY_____DEPUTY

RWT 16CV0158

### COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. The Plaintiff is a resident of Capitol Heights, MD

2. Defendant does Business at the Following Location: 1600 Research Blvd.; Rockville, MD 20850

3. This action is brought pursuant to: Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e, et seq., for employment discrimination on the basis of race and gender (Count 1& Claim 1); Retaliation (Count 2 & Claim 2); Retaliatory Failure to Re-Hire on the basis that the Plaintiff's is a Protected Class Member under the US Department of Labor Release Number 14-1512-NAT (Count 4 and claim 4). Application Discrimination on the basis of Protected Class member status and their race and gender.

4. The approximate number of people employed by the Defendant is: 500 to 1000

5. The Events that I am complaining about took place on the following dates or time period: From February 2015 to the Present (Ongoing).

6. I filed charges on the following date: On or about: July 13, 2015 with the Maryland Commission on Civil Rights; William Donald Schaefer Tower; 6 Saint Paul Street, Suite 900; Baltimore, MD 21202.

7. I received a right to sue letter on the following date: November 30, 2015.

### JURISDICTION

1. Plaintiff, an African American female and United States Citizen dually filed a charge of discrimination against the defendant with the Maryland Commission on Civil Rights (Charge No. MCCR #1507-0279) and with the Equal Employment Opportunity Commission, Charge No. 12F-2015-00515 ("EEOC") complaining about WESTAT's employment discrimination against the plaintiff on the basis of race, color, and gender, in

violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and 42 U.S.C.§ 2000e, *et seq.*, retaliation, failure to hire on the basis of the Plaintiff's race and gender. A notice of Right to Sue was received by the plaintiff, and this complaint was filed within ninety days (90) of the receipt of the Notice of Right to Sue. As such, plaintiff has complied fully with all prerequisites in this court under Title VII of the Civil Rights Act of 1964 §706 (b), (42 U.S.C. §2000e-5(b)).

2.  Compensatory damages are sought pursuant to 42 U.S.C. § 2000e and 42 U.S.C §1981. Title VII of the Civil Rights Act of 1964, §§§703(a) and 704(a) and 706(g) (42 U.S.C. § 2000e-2(a) and (b)),( 42 U.S.C. § 2000e-3(a)),(42 U.S.C. § 2000e-5(g)

3.  Punitive damages are sought pursuant to 42 U.S.C. §2000e. Title VII of the Civil Rights Act of 1964, §§§703(a) and 704(a) and 706(g) (42 U.S.C. § 2000e-2(a) and (b)),( 42U.S.C. § 2000e-3(a)),(42 U.S.C. § 2000e-5(g))

## BACKGROUND

**ISSUE: HIRING**

I believe that I have been discriminated against on the basis of my race, African American with relative to hire by the Respondent. In February 2015, I applied for the position, Survey Methodologist with Westat (online). I received notification on or about March 25, 2015 from the Recruitment Team that I was not selected for hire. There was no reason for non-selection stipulated in the letter of rejection.

I then applied for a different position, Research Associate for Education on or about May 15, 2015. I received notification that I was not selected for hire into this position on or about May 20, 2015, from Recruitment Team.

On or about May 29, 2015, I called Human Resources and left a voice message for Mr. Randy Yu. In the recorded message, I told Mr. Yu that I was a class member in a settlement with the Department of Labor and that he was provided as a point of contact for Human Resources matters.

On or about June 2, 2015, I applied for a third opportunity, Clinical Trials Research Associate. I received an email acknowledging my application from the Recruitment Department. On or about June 9, 2015, I received a notification that I was not selected for this positon. I was qualified for every position for which I applied.

I believe that the denial for the positions, Research Associate in Education, Survey Methodologist, and Clinical Trial Research Associate, is an act of retaliation because I communicated to Mr. Yu that I am a protected member of the protected class of systemic discrimination for which the Respondent required to improve and increase employment opportunities.

This claim addresses the public issue that Westat has a deficit in hiring African American women and other protected minority groups into professional positions. Every positon for which I applied is ranked as a professional position.

The settlement agreement regulates the Company's recruitment of minorities, and specifically focuses on the recruitment of African American women for the position, Research Analyst, Westat has in terms engaged in deceptive business practices; and reclassified all of the Research Analyst positions to Research Associate positions. Protected Class members were placed on a non-disclosed list, and it is my good faith belief, that they are their using their "non-disclosed list" for discriminatory purposes.

It is my good faith belief that I was denied **Position 9084BR (Research Associate Education)** as a discriminatory act of retaliation, because I am on the class member on Westat's OFCCP conciliation settlement list in violation of Title VII of the Civil Rights Act of 1964 ("Title VII") and 42 U.S.C.§ 2000e, *et seq.*, retaliation, failure to hire on the basis of the Plaintiff's race and gender.

On June 11, 2015, I filed an internal complaint of Retaliation and Disparate Treatment with Westat's recruitment team to inquire about the ongoing disqualifications notices that I received for each position that I qualified for outside of the Settlement agreement. However, have not received a response to date regarding my concerns.

On August 21, 2015, I received a correspondence from Phillip Wikes, Civil Rights Officer who did not thoroughly investigate the employment discrimination that Westat is subjecting class members to. Westat has not advertised any Research Analyst opportunities from the onset of the Plaintiff's engagement in protected activity; and even as of December 29, 2015 the company is not advertising for the Research Analyst with the sole intentions to discriminate against class members.

It is my good faith belief, that I was not selected for the opportunities listed in this action, because the US Department of Labor engaged in protected activity on my behalf and that Westat is retaliating, upon failing to hire a qualified individual for opportunities that she qualify for because she is an African American female, who is a protected class member. See (Exhibits 1-4)

Arguendo

There is a causal connection between the Plaintiff's protected activity (Internal Complaint and Voice Mail to Randy Yu) and the adverse actions Westat took against her, upon engaging in retaliatory application discrimination, because the Plaintiff is a class member and is black listed internally, because her name is listed on an undisclosed list. Exhibit 5- provides direct evidence of class members who are adversely affected by the employment discrimination of WESTAT.

1.  This is an action for damages based on unlawful employment practices committed by Defendant Westat, and jurisdiction of this Court is invoked pursuant to the provisions of Title VII of the Civil Rights Act of 1964, §706 (f), (42 U.S.C.§ 2000e-5(f)).

2.  Plaintiff brings this action pursuant to the provisions of Title VII of the Civil Rights Act of 1964, §§§703(a) and 704(a) and 706(g) (42 U.S.C. § 2000e-2(a) and (b)),( 42 U.S.C. § 2000e-3(a)),(42 U.S.C. § 2000e-5(g)), for damages to compensate her for the economic loss and other damages caused by Defendant's unlawful employment practices committed against Plaintiff because of the Plaintiff race, color, and gender; and pursuant to (42 U.S.C. §1981).

Wherefore, Plaintiff asks the Court to grant such relief as may be appropriate, including but not limited to:

1.  Make the Plaintiff whole

2.  Back Pay

3.  Front Pay

4.  Monetary Damages in the amount of $5,000,00

1/13/16

Date

Signature

STARSHA M. SEWELL, M.Ed., ProSe
P.O. Box 7073
CAPITOL HEIGHTS, MD 20791